**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

X-------------------------------------------X

NOREEN SHAH

Case No.: 2:26-cv-03506-EP

**NOTICE OF VOLUNTARY**
**DISMISSAL PURSUANT TO F.R.C.P.**
**41(a)(1)(A)(i)**

        Plaintiff,

  -against-

KRISTI NOEM, PAMELA BONDI,
ROBERT FRAZER, JOSEPH B. EDLOW,
JOHN DOE 1, JOHN DOE 2.

       Defendants.

X-------------------------------------------X

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s)
NOREEN SHAH and or their counsel(s), hereby give notice that the abovecaptioned action is
voluntarily dismissed, without prejudice against the defendant(s) NOEM et. al.

**So Ordered**　　**/s/  Evelyn Padin, U.S.D.J.**
**July 8, 2026**

*/s/ Peter Kapitonov*
Peter Kapitonov, Esq.
Musa-Obregon Law, P.C.
140 Grand Street, Suite 307
White Plains, NY 10601
Tel.: 914-380-1436
Fax: 718-374-6576
Peter.Kapitonov@gmail.com
*Attorneys for the Plaintiff*